UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMANUEL FINCH,,

    Plaintiff,

v.

K. RICHARD WHITEHEAD, et al,

    Defendant.

CASE NO. 3:19-cv-5675 RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants K. Richard Whitehead, and Department of Assigned Counsel's Motion to Dismiss (Dkt. 6) is granted, and Plaintiff's claims against these defendants are dismissed with prejudice. Plaintiff's motions for Scheduling Order (Dkt. 8), to Remand/Remove case back to Pierce County Superior Court (Dkt. 13), to Challenge the Sufficiency of the Pleading Under FRCP 12(b)(6) (Dkt. 19), Application for Writ of Mandamus (Dkt. 22) are denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Richard Creatura.

**DATED** this 12th day of November, 2019

Ronald B. Leighton
United States District Judge